# EXHIBIT A

205.178.93.33
205.178.93.62
207.38.253.29