*Engelmayer, P.*

Case 1:13-cv-00940-PAE   Document 2   Filed 04/26/13   Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GUAVA, LLC, | : | Civil Action No. 13-CV-00940 |
| Plaintiff, | : | |
| v. | : | |
| JOHN DOE | : | |
| Defendant. | : | |
| | : | |
| | : | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/13
```

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the defendant in this case has neither filed an answer to Plaintiff's Complaint, nor any other responsive pleading. Therefore, respectfully, Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully Submitted,

Plaintiff,
By its attorneys,

DATED: April 26, 2013

By:   /s/ Daniel G. Ruggiero

Daniel G. Ruggiero, Esq.
P.O. Box 291
Canton, MA 02021
Telephone: (339) 237-0343
Fax: (339) 707-2808

*Attorney for Plaintiff*

**SO ORDERED:**

4/29/13   Paul A. Engelmayer
                    **U.S.D.J.**